ACCEPTED
04-15-00468-cr
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 1:11:21 PM
KEITH HOTTLE
CLERK

APPEAL CAUSE NO. 04-15-00468-CR

CAUSE NO. 2013CR8852

| | | |
|---|---|---|
| **KACEY RHODES** | ' | **IN THE COURT OF APPEALS** |
| **VS.** | ' | **SAN ANTONIO DISTRICT** |
| **STATE OF TEXAS** | ' | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/15 1:11:21 PM
KEITH E. HOTTLE
Clerk

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES KACEY RHODES, Defendant, through her attorney, moves this court to dismiss his appeal.

### Statements of Facts

I.  Mr. Rhodes was found guilty by a jury on July 13, 2015

II.  Mr. Rhodes received a statutory minimum sentence of two years.

III.  Mr. Rhodes has determined it is in his best interest to withdraw his appeal so that he does not face the risk of a having a greater sentence imposed if he is granted a new trial.

WHEREFORE, the defendant prays the court grant this motion.

Respectfully submitted,

Shannon W. Locke
1008 South Alamo Street
San Antonio, Texas 78210
210.229.8300-telephone
210.229.8301-fax

By: _____
Shannon W. Locke
Texas Bar No. 24048623
Attorney for Kacey Rhodes

By _____
Kacey Rhodes, Appellant